*FOR PUBLICATION*                                            *ORDER*

```
IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
      DIVISION OF ST. THOMAS AND ST. JOHN
              APPELLATE DIVISION
```

| | |
|---|---|
| MAURICE RICHARDSON | ) D.C. App.Crim.App.No. 1997-0015-2 |
| Appellant, | ) |
| vs. | ) Super. Ct. Crim. No. F1/1996 |
| GOV'T OF THE VIRGIN ISLANDS | ) |
| Appellee. | ) |

On Appeal from the Superior Court of the Virgin Islands,
The Honorable Ishmael A. Meyers, Judge Presiding

Considered: January 22, 2010
Filed: September 16, 2011

**BEFORE**: **RAYMOND L. FINCH**, Senior Sitting Judge of the District Court of the Virgin Islands; **LEGROME D. DAVIS**, Judge of the District Court, Eastern District of Pennsylvania, sitting by designation; and **PATRICIA D. STEELE**, Judge of the Superior Court, Division of St. Croix, sitting by designation.

Attorneys:

**Paula D. Norkaitis, Esq.**
**Treston E. Moore, Esq.**
St. Thomas, U.S.V.I.
        For the Appellant,

**Maureen Phelan, Esq. AAG**
**Pamela R. Tepper, Esq. AAG**
St. Thomas, U.S.V.I.
        For the Appellee.

**Per Curiam.**

Case: 3:97-cr-00015-CVG-GWB   Document #: 144   Filed: 09/16/11   Page 2 of 2

*Maurice Richardson v. PVI*
D.C. Crim. App. No. 1997-0015-2
ORDER
Page 2 of 2

## ORDER

**AND NOW** for reasons more fully stated in a Memorandum Opinion filed on even date. It is hereby,

**ORDERED** that the Appellant's Superior Court judgment of conviction is **AFFIRMED**.

**SO ORDERED** this **16th** day of **September 2011**.

ATTEST:

**WILFREDO F. MORALES**
Clerk of the Court
By: [signature]

**Copies (with accompanying Memorandum Opinion) to:**

Hon. Raymond L. Finch
Hon. Legrome D. Davis
Hon. Patricia D. Steele
Hon. Darryl D. Donohue, Presiding Judge of the Superior Court
Venetia Velazquez, Esq. Clerk of the Superior Court
Queen Terry, Esq.
Paula D. Norkaitis, Esq.
Treston E. Moore, Esq.
Maureen Phelan, Esq. AAG
Pamela R. Tepper, Esq. AAG